ACCEPTED
04-14-00655-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/24/2014 11:11:05 AM
KEITH HOTTLE
CLERK

NO. 04-14-00655-CV

| | | |
|---|---|---|
| IVARENE HOSEK AND VICTOR HOSEK, | § § § § § § § § § § § § | IN THE FOURTH |
| Appellants, | | |
| v. | | COURT OF APPEALS |
| ROSALE SCOTT, | | |
| Appellee. | | SAN ANTONIO, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/24/2014 11:11:05 AM
KEITH E. HOTTLE
Clerk

RECEIVED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/23/2014 3:04:00 PM
KEITH E. HOTTLE
Clerk

## APPELLEE'S RESPONSE TO APPELLANTS' SUPPLEMENTAL REPLY AND MOTION TO REDUCE SUPERSEDEAS BOND

Appellee ROSALE SCOTT ("Appellee" or "Scott") files this Response to Appellants' Supplemental Reply and Motion to Reduce Supersedeas Bond. On December 23, 2014, this Court issued an Order that denied Appellee's Motion to Increase Supersedeas Bond. Additionally, Appellants' Supplemental Reply and Motion to Reduce Supersedeas Bond had requested that the amount of the supersedeas bond be reduced. Appellee assumes that the Court's December 23, 2014 Order denied both Appellee's Motion to Increase the Supersedeas Bond and Appellants' Motion to Reduce the Supersedeas Bond.

BARTON, EAST & CALDWELL, P.L.L.C.
One Riverwalk Place, Suite 1825
700 N. St. Mary's Street
San Antonio, Texas 78205
Telephone: (210) 225-1655
Facsimile: (210) 225-8999

By: /s/ RAQUEL G. PEREZ
G. WADE CALDWELL
State Bar No. 03621020
Email: gcaldwell@beclaw.com
RAQUEL G. PEREZ
State Bar No. 00784746
Email: rperez@beclaw.com
**ATTORNEYS FOR APPELLEE**

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document will be served in the manner indicated below this 24th day of December, 2014 upon the following:

Michele Barber Chimene
The Chimene Law Firm
15203 Newfield Bridge Ln.
Sugar Land, TX 77498
Email: michelec@airmail.net

___ First Class Mail
___ Facsimile
___ Hand Delivery
_x_ Electronic Transmission

Robert J. Ogle
Attorney at Law
508 E. San Antonio Street
Boerne, Texas 78006
Facsimile: (830) 249-8508
Email: bob@ogleattorney.com

___ First Class Mail
___ Facsimile
___ Hand Delivery
_x_ Electronic Transmission

*Counsel for Appellants*

/s/ RAQUEL G. PEREZ
G. WADE CALDWELL
RAQUEL G. PEREZ

M:\2000\2200 OIL AND GAS CLIENTS\121 Hosek v Scott\4TH COA APPEAL\Pleadings\Appellee's Supplemental Reply and Motion to Reduce Supersedeas Bond.docx

2